1006

THE STATE OF WASHINGTON, *Respondent*, v. ARLO CURTIS LEE, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 1395, Sidney R. Buckley, J., entered June 30, 1975. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. MORGAN R. EWING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 71668, James J. Dore, J., entered June 4, 1975. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. GARY COUCH, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 19295, Walter A. Stauffacher, J., entered December 4, 1975. *Affirmed* by unpublished opinion per Patrick, J. Pro Tem., concurred in by Green and Munson, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ZADIE CRUDUP, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 3182, Fred R. Staples, J., entered April 1, 1975. *Reversed* by unpublished opinion per Stauffacher, J. Pro Tem., concurred in by Munson, J. Green, J., concurred in the result.